IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PRESTON PETERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 23-446 |
| | ) | |
| MUNICIPALITY OF PENN HILLS POLICE DEPARTMENT, ANTHONY DIULIUS, JOSEPH SNYDER, and MATTHEW JUNOD, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW, this 6th day of August, 2024, upon consideration of the "Joint Stipulation of Dismissal With Prejudice" filed by the parties, (Docket No. 24), wherein they state that all claims and controversies between the parties have been resolved and that the case may be dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and separately ask that the Court retain jurisdiction over the terms of their release agreement under the authority of *Kokkoken v. Guardian Life Insurance Company of America*, 511 U.S. 375 (1994), and it appearing to the Court that dismissal of this action, with prejudice, is appropriate but that retaining jurisdiction over this action is not warranted under *Kokkoken* and other authority from the Third Circuit indicating that "[t]he court is under no obligation to retain jurisdiction and the parties' agreement that the court do so is not determinative," *Barker et al. v. Hostetter et al.*, 773 F. App'x 664, 665 (3d Cir. 2019), and it appearing to the Court that declining to retain jurisdiction over the settlement and release is particularly appropriate in this action because the release agreement was negotiated by the parties without the Court's involvement and has not been provided to the Court, *see e.g., Giel v. Northwest Bank*, Civ. A. No. 23-1388, Docket No. 11 (W.D. Pa. Sept. 1, 2023); *Buckley v. Moving Ahead Services, LLC*, Civ. A. No. 23-174, Docket No. 35 (W.D. Pa. Jun. 23, 2023),

ACCORDINGLY, IT IS HEREBY ORDERED that, with agreement of the parties pursuant to Fed. R. Civ. P. 41(a)(1)(ii), all of Plaintiff Preston Peterson's claims against Defendants Municipality of Penn Hills Police Department, Lt. Anthony Diulius, Lt. Joseph Snyder, and Sgt. Matthew Junod are dismissed, with prejudice.  The Court declines to retain jurisdiction over the enforcement of the release agreement in this matter and the Clerk shall mark this case CLOSED.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf:  Counsel of record